IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>vs.<br><br>HERMAN LEE McCRAY, Jr.,<br>    Defendant-Appellant.<br>_____ | )<br>)<br>)<br>)   RECORD NO. 13-4179<br>)<br>)<br>)<br>) |

**MOTION TO SEAL APPELLANT'S OPENING BRIEF & JOINT APPENDIX**

Comes now your Appellant, HERMAN LEE McCRAY, Jr, by and through the undersigned counsel, and respectfully moves this Honorable Court for an Order sealing the Appellant's Opening Brief and Joint Appendix. In support of this Motion, counsel presents the following:

1. Appellant's Opening Brief and Joint Appendix, each contain information that could be used by non-party individuals to the Defendant's detriment.

2. On this date, counsel for Appellant will also file a brief memorandum in support of this motion to seal the Opening Brief and Joint Appendix.

3. The aforementioned memorandum will be designated as a "Sealed Document" entry and will detail the basis for the instant motion.

4. The undersigned further requests that the supporting memorandum be sealed to allow the undersigned to detail the supporting basis for the instant motion without the same being made available to the public.
5. If this Honorable Court deems it necessary, to comply with Local Rule 25(c), the undersigned is willing to prepare a redacted version of the Opening Brief and Appendix so that a public version of each document may be filed.

WHEREFORE, for the reasons stated herein and those included in the supporting memorandum, Appellant respectfully requests that this Honorable Court grant leave for his counsel to file his Opening Brief and Joint Appendix under seal.

This the 28th day of August, 2013.

Respectfully submitted,

/s/ R. Clarke Speaks
R. Clarke Speaks
Attorney for Defendant/Appellant
Post Office Box 2823
Wilmington, NC 28402
910-341-7570
N.C. Bar No.:   24538

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2013 a copy of the foregoing **Motion to Seal Appellant's Opening Brief and Joint Appendix** has been served upon Counsel for the Appellee via the Court's ECF System:

Jennifer May-Parker, Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Federal Building
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
(919) 856-4530

/s/ R. Clarke Speaks
R. Clarke Speaks
Attorney for Defendant/Appellant
Post Office Box 2823
Wilmington, NC 28402
910-341-7570
N.C. Bar No.:   24538