FILED: September 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4179
(5:11-cr-00136-F-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

HERMAN LEE MCCRAY, JR.

        Defendant - Appellant

_____

O R D E R

_____

The court suspends the briefing schedule pending further order of the court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk