FILED: September 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4179

(5:11-cr-00136-F-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HERMAN LEE MCCRAY, JR.

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to seal, the court grants the motion to seal appellant's opening brief and joint appendix.

    Appendix due: 10/10/2013

    Opening brief due: 10/10/2013

    Response brief due: 11/04/2013

    Any reply brief: 10 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk